UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| AMANDA U. LEVY,<br><br>            Plaintiff,<br>    v.<br>24 HOUR FITNESS WORLDWIDE, INC.,<br><br>            Defendant.<br>_____/ | No. C13-02077 LB<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On May 7, 2013, plaintiff Amanda U. Levy ("Plaintiff"), proceeding *pro se*, filed a complaint that alleges wrongful acts committed by employees of defendant 24 Fitness Worldwide, Inc. ("Defendant") at Defendant's gyms in Santa Monica, California; North Hollywood, California; and Sacramento, California. *See generally* Complaint, ECF No. 1. Plaintiff also filed an application to proceed *in forma pauperis*. IFP Application, ECF No. 3.

Upon review of other complaints that Plaintiff has filed in this District recently, the court notes that the complaint in this action (No. C13-02077) is virtually identical to the amended complaint that she filed on April 26, 2013 in another action, *Levy v. 24 Hour Fitness Worldwide, Inc. (Santa Monica)*, No. C13-00893 JST (the "Santa Monica Action"). In addition, the complaint in this action also appears to combine the allegations she made in complaints in three other actions: *Levy v. 24 Hour Fitness Worldwide, Inc. (North Hollywood)*, No. C13-00892 CW (the "North Hollywood Action"); the Santa Monica Action; and *Levy v. 24 Hour Fitness Worldwide, Inc. (Sacramento)*, No.

1  C13-00927 JSC (the "Sacramento Action"). The North Hollywood Action is closed, but the Santa
2  Monica Action and the Sacramento Action are open.
3     Given the similarities of these complaints, pursuant to N.D. Cal. Civ. L.R. 3-12(c), the
4  undersigned respectfully refers the above-captioned action to Judge Tigar for the purposes of
5  determining relationship of this action (No. C13-02077 LB) to the Santa Monica Action (No. C13-
6  00893 JST).

7  **IT IS SO ORDERED.**
8  Dated: May 24, 2013

   _____
9  LAUREL BEELER
   United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

C13-02077 LB
REFERRAL FOR RELATIONSHIP DETERMINATION